# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-MC-121-FDW-DCK

| | |
|---|---|
| JIANGMEN KINWAI FURNITURE DECORATION CO. LTD., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER** <br>) |
| IHFC PROPERTIES, LLC AND ZUO MODERN CONTEMPORARY, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Zuo Modern Contemporary, Inc.'s Withdrawal Of Motion To Quash" (Document No. 3) filed July 7, 2015, and "Defendant Zuo Modern Contemporary, Inc.'s Notice Of Motion And Emergency Motion To Quash Subpoena" (Document No. 1) filed June 24, 2015. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions, the record, and applicable authority, the undersigned will <u>grant</u> the motion for withdrawal and <u>deny</u> the motion to quash.

Defendant's most recent motion shows that the underlying dispute in this matter has been resolved by the United States District Court for the Middle District of North Carolina. As such, the undersigned finds good cause to allow Defendants to withdraw their original motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Zuo Modern Contemporary, Inc.'s Withdrawal Of Motion To Quash" (Document No. 3) is **GRANTED**.

**IT IS FURTHER ORDERED** that "Defendant Zuo Modern Contemporary, Inc.'s Notice Of Motion And Emergency Motion To Quash Subpoena" (Document No. 1) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: July 7, 2015

David C. Keesler
United States Magistrate Judge